UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WORD'S WORTH, LLC.,

    Plaintiffs,

  - against -

TAILS PET MEDIA GROUP, INC.

    Defendants.

------------------------------------------------------------x

Case No: 10 Civ 1270

Hon: Lewis A. Kaplan

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Jeremy M. Creelan of the law firm of Jenner & Block LLP hereby withdraws as counsel for defendant Tails Pet Media Group, Inc. This notice of withdrawal does not affect the continuing representation of other Jenner & Block attorneys admitted in this matter.

Dated: January 13, 2011

Respectfully submitted,

By: _____
Jeremy M. Creelan