IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WORD'S WORTH, INC., | Case No. 10-cv-1270 (LAK) |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| TAILS.PET MEDIA GROUP, INC., | |
| Defendant. | |

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record for Plaintiff Word's Worth, Inc., and Defendant Tails Pet Media Group, Inc., that the parties hereby voluntarily dismiss, without prejudice, pursuant to Fed. R. Civ. P. 41, all claims and counter-claims asserted by the parties against each other in the above-captioned action.

Dated: February 28, 2011
New York, New York

WORD'S WORTH, INC.

By: _____
Nels T. Lippert
WILMER, CULTER, PICKERING, HALE
& DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

TAILS PET MEDIA GROUP, INC.

By: _____
Gianni P. Servodidio
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022
(212) 891-1600